# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

FILED
Scott L. Poff, Clerk
United States District Court
By casbell at 12:04 pm, Apr 05, 2019

MATTHEW LEE MCELROY, *
\*
Petitioner, * CIVIL ACTION NO.: 2:18-cv-82
\*
v. *
\*
TAMALA BROWN, *
\*
Respondent. *

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 16. Petitioner Matthew McElroy ("McElroy") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **GRANTS** Respondent's unopposed Motion to Dismiss, and **DENIES as moot** McElroy's 28 U.S.C. § 2254 Petition. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. The Court **DENIES**

McElroy *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this 5 day of April, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)